■ In the Matter of DAVID HOOTNICK, Appellant, v SHARI R. COHEN, Respondent. (Appeal No. 2.) [598 NYS2d 1018] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Onondaga County Family Court, McLaughlin, J.—Child Support.) Present—Callahan, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ NATIONAL BANK OF GENEVA, Respondent, v ELAINE L. ZUKAITIS et al., Appellants. (Appeal No. 1.) [598 NYS2d 1020] — Appeals unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeals from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Callahan, J. P., Lawton, Fallon, Doerr and Boehm, JJ.